**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-80339-ROSENBERG**

MICHAEL SUSSMAN, individually and
on behalf of all others similarly situated,

      Plaintiff,

v.

CAREMARK, L.L.C.,

      Defendant.
_____/

**ORDER CLOSING CASE**

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice at docket entry 19. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 24th day of May, 2024.

                                                            _____
                                                            ROBIN L. ROSENBERG
                                                            UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record